1  DOUGLAS J. MELTON, Bar No. 161353
   SHANE M. CAHILL, Bar No. 227972
2  JONATHAN RIZZARDI, Bar No. 244784
   LONG & LEVIT LLP
3  465 California Street, 5th Floor
   San Francisco, California 94104
4  Telephone:   (415) 397-2222
   Facsimile:   (415) 397-6392
5  Email:       dmelton@longlevit.com
                scahill@longlevit.com
6
7  Attorneys for Defendants
   DÉJÀ VU – SAN FRANCISCO, LLC, DÉJÀ VU
   SERVICES, INC.; DÉJÀ VU SHOWGIRLS OF
8  SAN FRANCISCO, LLC; AND DÉJÀ VU
   SHOWGIRLS – SACRAMENTO, LLC
9
   Specially Appearing for Defendants
10 PINE TREE ASSETS, INC.; DÉJÀ VU –
   HIGHLAND PARK, LLC; AND DÉJÀ VU, INC.
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

| | |
|---|---|
| ELAINE P. GOMEZ-ORTEGA,<br><br>Plaintiff,<br><br>v.<br><br>DÉJÀ VU – SAN FRANCISCO, LLC, a Nevada limited liability company DÉJÀ VU, INC., a Nevada corporation; DÉJÀ VU SERVICES, INC., a Michigan corporation; PINE TREE ASSETS, INC., a Michigan corporation, DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, LLC, a Nevada limited liability company, DÉJÀ VU SHOWGIRLS – SACRAMENTO, LLC, a Nevada limited liability company; DÉJÀ VU – HIGHLAND PARK, LLC, a Nevada limited liability company, and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No.  3:17-cv-06971-LB<br><br>*Related to:*<br>Case No.  3:14-cv-03616-LB<br><br>**DECLARATION OF GEORGE COUCH IN SUPPORT OF DEFENDANT DÉJÀ VU – HIGHLAND PARK, LLC's MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(b)(2)**<br><br>Date:        March 8, 2018<br>Time:        9:30 a.m.<br>Courtroom:   Courtroom C, 15th Floor<br>Judge:       The Hon. Laurel Beeler |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-296\853850.2

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF GEORGE COUCH ISO
MOTION TO DISMISS

I, George Couch, declare:

1. I am the Manager of defendant Deja Vu – Highland Park, LLC ("DVHP") and have personal knowledge of all facts stated herein. If called upon as a witness, I could competently testify to the facts stated herein.

2. DVHP is a Nevada limited liability company with its principal place of business in Highland Park, Michigan, where, until October 4, 2015, it operated a night club.

3. DVHP is not, and never has been, incorporated in California.

4. DVHP is not, and never has been, qualified to do business in California.

5. DVHP has no, and has never had, any subsidiaries incorporated or qualified to do business in California.

6. DVHP is not doing, and has never done, business in California.

7. DVHP has no bank accounts or other tangible personal or real property in California.

8. DVHP does not advertise in California or target any advertising towards Californians.

9. DVHP has no, and has never had any, employees residing or domiciled in California, nor has it contracted with any persons residing in California.

10. As the Manager of DVHP, I am familiar with DVHP's record retention policies, practice, and procedures. After learning of this lawsuit, I and others at my instruction searched DVHP's records to determine if DVHP ever employed or contracted with Plaintiff Elaine P. Gomez.

11. DVHP has no record of employing or contracting with Plaintiff Elaine P. Gomez-Ortega.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was signed at _____, on January __, 2018.

GEORGE COUCH

LONG & LEVIT LLP
465 CALIFORNIA STREET
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-296\853850.2

1

CASE NO.: 3:17-CV-06971-JSC
DECLARATION OF GEORGE COUCH ISO
MOTION TO DISMISS