```
 1  DOUGLAS J. MELTON, Bar No. 161353
    SHANE M. CAHILL, Bar No. 227972
 2  JONATHAN RIZZARDI, Bar No. 244784
    LONG & LEVIT LLP
 3  465 California Street, 5th Floor
    San Francisco, California  94104
 4  Telephone:     (415) 397-2222
    Facsimile:     (415) 397-6392
 5  Email:         dmelton@longlevit.com
                   scahill@longlevit.com
 6
    Attorneys for Defendants
 7  DÉJÀ VU – SAN FRANCISCO, LLC, DÉJÀ VU
    SERVICES, INC.; DÉJÀ VU SHOWGIRLS OF
 8  SAN FRANCISCO, LLC; AND DÉJÀ VU
    SHOWGIRLS – SACRAMENTO, LLC
 9
    Specially Appearing for Defendants
10  PINE TREE ASSETS, INC.; DÉJÀ VU –
    HIGHLAND PARK, LLC; AND DÉJÀ VU, INC.
11
                           UNITED STATES DISTRICT COURT
12
                          NORTHERN DISTRICT OF CALIFORNIA
13
                                SAN FRANCISCO DIVISION
14
15
    ELAINE P. GOMEZ-ORTEGA,              Case No.  3:17-cv-06971-LB
16
                    Plaintiff,            Related to:
17                                        Case No.  3:14-cv-03616-LB
    v.
18                                        DECLARATION OF DONALD KRONTZ
    DÉJÀ VU – SAN FRANCISCO, LLC, a       IN SUPPORT OF DEFENDANT DÉJÀ VU,
19  Nevada limited liability company DÉJÀ INC.'s MOTION TO DISMISS FOR LACK
    VU, INC., a Nevada corporation; DÉJÀ  OF PERSONAL JURISDICTION
20  VU SERVICES, INC., a Michigan         PURSUANT TO FRCP 12(b)(2)
    corporation; PINE TREE ASSETS, INC., a
21  Michigan corporation, DÉJÀ VU         Date:        March 8, 2018
    SHOWGIRLS OF SAN FRANCISCO,           Time:        9:30 a.m.
22  LLC, a Nevada limited liability company, Courtroom:  Courtroom C, 15th Floor
    DÉJÀ VU SHOWGIRLS –                   Judge:       The Hon. Laurel Beeler
23  SACRAMENTO, LLC, a Nevada limited
    liability company; DÉJÀ VU –
24  HIGHLAND PARK, LLC, a Nevada
    limited liability company, and DOES 1
25  through 50, inclusive.
26                  Defendants.
27
28
```

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-296\854114.2

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF DONALD KRONTZ ISO
MOTION TO DISMISS

I, Donald Krontz, declare:

1. I am the President of defendant Deja Vu, Inc. ("DV") and have personal knowledge of all matters stated herein. If called upon as a witness, I could competently testify to the matters stated herein.

2. DV is a Nevada corporation with its principal place of business in Toledo, Ohio. DV's only business purpose is to collect on a promissory note owed by a Toledo, Ohio based nightclub.

3. DV is not incorporated in California. DV does not maintain an office or place of business in California.

4. Since about August 1, 1994, DV has not engaged in business in California, maintained bank accounts in California, owned tangible personal or real property in California, advertised in California or targeted any advertising towards Californians, or employed employees or contracted with persons residing or domiciled in California.

5. On about August 1, 1996, DV surrendered its right to do business in California.

6. As the President of DV, I am familiar with DV's record retention policies, practice, and procedures. After learning of this lawsuit, I and others at my instruction searched DV's records to determine if DV ever employed or contracted with Plaintiff Elaine P. Gomez.

7. DV has no record of employing or contracting with Plaintiff Elaine P. Gomez-Ortega.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was signed at Kalamzoo, MI, on January 19, 2018.

_____
DONALD KRONTZ

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-296\854114.2

1

CASE NO.: 3:17-CV-06971-JSC
DECLARATION OF DONALD KRONTZ ISO
MOTION TO DISMISS