1  DOUGLAS J. MELTON, Bar No. 161353
   SHANE M. CAHILL, Bar No. 227972
2  JONATHAN RIZZARDI, Bar No. 244784
   LONG & LEVIT LLP
3  465 California Street, 5th Floor
   San Francisco, California  94104
4  Telephone:      (415) 397-2222
   Facsimile:      (415) 397-6392
5  Email:          dmelton@longlevit.com
                   scahill@longlevit.com
6
   Attorneys for Defendants
7  DÉJÀ VU – SAN FRANCISCO, LLC, DÉJÀ VU
   SERVICES, INC.; DÉJÀ VU SHOWGIRLS OF
8  SAN FRANCISCO, LLC; AND DÉJÀ VU
   SHOWGIRLS – SACRAMENTO, LLC
9
   Specially Appearing for Defendants
10 PINE TREE ASSETS, INC.; DÉJÀ VU –
   HIGHLAND PARK, LLC; AND DÉJÀ VU, INC.
11
                     UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN FRANCISCO DIVISION
14

15

16 | ELAINE P. GOMEZ-ORTEGA,                          | Case No.  3:17-cv-06971-LB |
   |                                                   |                            |
17 |           Plaintiff,                              | *Related to:*              |
   |                                                   | Case No.  3:14-cv-03616-LB |
18 | v.                                                |                            |
   |                                                   | **DECLARATION OF LAURIE BOWERS IN SUPPORT OF DEFENDANT PINE TREE ASSETS, INC.'s MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(b)(2)** |
19 | DÉJÀ VU – SAN FRANCISCO, LLC, a Nevada limited liability company DÉJÀ VU, INC., a Nevada corporation; DÉJÀ VU SERVICES, INC., a Michigan corporation; PINE TREE ASSETS, INC., a Michigan corporation, DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, LLC, a Nevada limited liability company, DÉJÀ VU SHOWGIRLS – SACRAMENTO, LLC, a Nevada limited liability company; DÉJÀ VU – HIGHLAND PARK, LLC, a Nevada limited liability company, and DOES 1 through 50, inclusive. | |
20 | | |
21 | | |
22 | | |
23 | | Date:       March 8, 2018 |
   | | Time:       9:30 a.m. |
24 | | Courtroom:  Courtroom C, 15th Floor |
   | | Judge:      The Hon. Laurel Beeler |
25 | | |
26 |           Defendants.                             | |

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-296\853851.2

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF LAURIE BOWERS ISO
MOTION TO DISMISS

I, Laurie Bowers, declare:

1. I am the President of defendant Pine Tree Assets, Inc. ("PTA") and have personal knowledge of all matters stated herein. If called upon as a witness, I could competently testify to the matters stated herein.

2. PTA is a Michigan corporation with its principal place of business in Durand, Michigan. PTA is a holding company and its only assets are cash and an investment in Coldwater, LLC.

3. PTA is not incorporated in California and discontinued doing business in California in December 2014. PTA's only connection with California is an investment in Coldwater, LLC, a California limited liability company that operates Déjà Vu Showgirls in North Hollywood, California.

4. PTA does not own any real property in California. PTA has not owned vehicles or personal property located in California since December 2014.

5. PTA has not done business or advertised in California or targeted advertisements towards Californians since December 2014.

6. PTA does not have any employees residing or domiciled in California and has not had any California employees since December 2014.

7. As the President of PTA, I am familiar with PTA's record retention policies, practices, and procedures. After learning of this lawsuit, I and others at my instruction searched PTA's records to determine if PTA ever employed or contracted with Plaintiff Elaine P. Gomez.

8. PTA has no record of employing or contracting with Plaintiff Elaine P. Gomez-Ortega.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was signed at Durand, MI, on January 18, 2018.

_____
LAURIE BOWERS

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-296\853851.2

1

CASE NO.: 3:17-CV-06971-JSC
DECLARATION OF LAURIE BOWERS ISO MOTION TO DISMISS