1  DOUGLAS J. MELTON, Bar No. 161353
   SHANE M. CAHILL, Bar No. 227972
2  JONATHAN RIZZARDI, Bar No. 244784
   LONG & LEVIT LLP
3  465 California Street, 5th Floor
   San Francisco, California 94104
4  Telephone:    (415) 397-2222
   Facsimile:    (415) 397-6392
5  Email:        dmelton@longlevit.com
                 scahill@longlevit.com
6
   Attorneys for Defendants
7  DÉJÀ VU – SAN FRANCISCO, LLC, DÉJÀ VU
   SERVICES, INC.; DÉJÀ VU SHOWGIRLS OF
8  SAN FRANCISCO, LLC; AND DÉJÀ VU
   SHOWGIRLS – SACRAMENTO, LLC
9
   Specially Appearing for Defendants
10 PINE TREE ASSETS, INC.; DÉJÀ VU –
   HIGHLAND PARK, LLC; AND DÉJÀ VU, INC.
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  ELAINE P. GOMEZ-ORTEGA, | Case No. 3:17-cv-06971-LB |
| 17         Plaintiff, | *Related to:*<br>Case No. 3:14-cv-03616-LB |
| 18  v. | **DECLARATION OF HARRY MOHNEY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND FOR STAY OF PROCEEDINGS OF DEFENDANTS DÉJÀ VU – SAN FRANCISCO, LLC AND DÉJÀ VU SHOWGIRLS – SACRAMENTO, LLC** |
| 19  DÉJÀ VU – SAN FRANCISCO, LLC, a Nevada limited liability company DÉJÀ VU, INC., a Nevada corporation; DÉJÀ VU SERVICES, INC., a Michigan corporation; PINE TREE ASSETS, INC., a Michigan corporation, DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, LLC, a Nevada limited liability company, DÉJÀ VU SHOWGIRLS – SACRAMENTO, LLC, a Nevada limited liability company; DÉJÀ VU – HIGHLAND PARK, LLC, a Nevada limited liability company, and DOES 1 through 50, inclusive. | |
| | Date:     March 8, 2018<br>Time:     9:30 a.m.<br>Courtroom: Courtroom C, 15th Floor<br>Judge:    The Hon. Laurel Beeler |
|     Defendants. | |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-296\854199.1

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF MOHNEY

I, Harry Mohney, declare:

1. I am the Manager of Déjà Vu Showgirls-Sacramento, LLC ("DVSS"), which operates the adult entertainment nightclub called Déjà Vu Showgirls in Rancho Cordova, California ("Showgirls"). DVSS is a defendant in the above-captioned case. I make this declaration upon my personal knowledge and upon information and belief based on the regularly maintained business records of Showgirls. If called to testify as a witness, I could and would competently testify thereto.

2. As the Manager of DVSS, I am familiar with their process of entering into Performer Contracts with Independent Professional Entertainers ("Entertainers") who seek to utilize DVSS's premises and facilities for the marketing and sale of exotic dance services. I am also familiar with DVSS's business-record-keeping practices including Performer Contracts and related records pertaining to Entertainers who perform at Showgirls.

3. Entertainers who wish to perform at Showgirls are, in the clubs' normal course of business, presented with a document entitled:

NOTICE TO ENTERTAINERS
OFFER OF EMPLOYEE STATUS
STATEMENT OF IMPACT OF CHOICE OF CONTRACTOR STATUS

This "Offer of Employee Status" generally describes the differences between performing as an independent contractor or as an employee. It explains that DVSS has important controls over Entertainers who choose to work as employees that DVSS does not have over Entertainers who choose to perform as independent contractors, including regarding scheduling, customers, costumes, music, dance sales, stage performances, and job assignments. The Entertainer is asked to indicate on the Offer of Employee Status whether she wishes to perform as an employee or as an independent contractor. The document is presented to the Entertainer by a manager at the club at the time the Entertainer initially seeks to perform at the club.

4. An Entertainer who chooses to perform as an independent contractor, by so indicating on and signing the Offer of Employee Status, is presented with a

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

1

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF DON KRONTZ

"CLUB/PERFORMER CONTRACT" (the "Performer Contract"). The Performer Contract is also presented to the Entertainer by a club manager at the time the Entertainer initially seeks to perform at the club.

5. The Performer Contract sets forth the terms and conditions of the Entertainer's independent contractor relationship with DVSS.

6. The Offer of Employee Status and Performer Contract for Entertainers are regularly created and maintained by Showgirls in the normal course of business. After they are signed, they are placed in a file relating to the Entertainer and maintained as part of DVSS's business records.

7. On information and belief, based on my familiarity with DVSS's business and record keeping practices as summarized above, Exhibit 1 consists of true and correct copies of the Offer of Employee Status and 2016 Performer Contract signed by Ms. Gomez-Ortega.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was signed at _Durand, Michigan_, on January _19_, 2018.

HARRY MOHNEY

# Exhibit 1

## 2016 CLUB/PERFORMER CONTRACT

Sign this Contract ONLY if you genuinely agree with its terms. Read and consider it, seek the advice of counsel or a person you trust to assist you. ALSO, BEFORE SIGNING, CONSIDER OWNER'S SEPARATE OFFER OF EMPLOYMENT.

OWNER, Deja Vu Showgirls-Sacramento LLC, DBA Déjà Vu Showgirls ("Owner") operates a business authorized under zoning and licensing laws to permit nude or semi-nude entertainment on its' premises, and

PERFORMER ("Performer") is in the business of and holds required licenses or permits to market her adult oriented entertainment, and requires a venue which lawfully permits such entertainment, and

THE PARTIES desire to establish the terms of a mutually beneficial business relationship including the Division of Gross Revenue from such entertainment.

THEREFORE, the Parties agree as follows:

I. **TERM.** This Contract begins on signing and ends JANUARY 31, 2017 or when terminated as provided herein.

II. **DEFINITIONS:**

A. "Bill Acceptor Machines or Collection Boxes" are money acceptors located at each booth, Collection Boxes are boxes or purses issued and controlled by Owner for collecting Dance Fees from patrons to ensure that dance fees are segregated and distinguished from "tips."

B. "Personal Dances" are non-stage dances performed individually and sold to a patron for a set Dance Fee.

C. "Dance Fees" are the non-gratuitous set price for Personal Dances. These fees are MANDATORY CHARGES to the patrons as the price for a Personal Dance. They are NOT tips or gratuities.

D. "Gross Revenue" is the total Dance Fees and other sales attributable to Performer. Gross Revenue does not include Tips or Gratuities.

E. "Tips"/"Gratuities" are the amounts over and above the Dance Fee, voluntarily given by a patron and handed directly to Performer; these amounts are the exclusive property of Performer.

F. "Schedule" is an open calendar which owner will publish on Sunday at Opening for Performer's selection of desired Performance Dates.

G. "Scheduled Performance Date" is a date on which Performer has chosen to place herself on the schedule at least one week in advance.

H. "Full Performance Date" refers to a continuous period of time when Performer is present in the club, available and ready to perform for up to 8 hours.

I. "Good Standing" means a Performer who is NOT in breach of her contract, and whose contract is not "inactive "because she has completed at least one Full Performance Date in the current month.

J. Material Breach of Contract <u>by Performer</u> means:

- Violating the law including laws on drugs, alcohol, soliciting or engaging in prostitution;

- Allowing patrons to pay Dance Fees to her directly, i.e., by failing to require patrons to deposit dance fees directly into Bill Acceptor Machines or Collection Boxes or hand dance fees directly to a club employee;

- Failing to use her best efforts to sell Personal Dances; and

- Failing to appear on and complete a Performance Date she chose to schedule.

K. Material Breach of Contract <u>by Owner</u> includes failure to maintain appropriate venue licenses and permits, to advertise in a mutually beneficial manner, and failure to pay performer her contract Division of Gross Revenues.

L. Material Breach/Notice/Remedies. In the event of a Material Breach as defined above, the non-breaching party may (a) impose paragraph III(c) Reduced Division of Gross Receipts (if the breaching party is Performer), or demand Premium Division of Gross Receipts (if the breaching party is Owner) OR (b) terminate the Contract on 3 days written notice or in the case of drug, alcohol or other violations of law, by 24 hour written notice.

III. **DIVISION OF GROSS REVENUE:**

A. PREMIUM DIVISION: For a Performer who is NOT in breach of her contract, and is ON THE SCHEDULE, AND COMPLETES HER FULL PERFORMANCE DATE, Gross Revenues will be divided 60% to Performer and 40% to Owner.

B. STANDARD DIVISION: For a Performer who is NOT ON THE SCHEDULE and also NOT IN BREACH of her Contract, Owner shall retain the first $60.00 in Gross Revenues from dance sales, and thereafter Gross Revenues will be divided on a 50/50% basis between Owner and Performer.

C. REDUCED DIVISION: Owner shall retain the first $160 in Gross Revenues from Performer's dance sales in the event Performer IS IN BREACH (i.e., for failing to appear AS SCHEDULED), and hereafter, Gross Revenues will be divided on a 50/50 % basis between Owner and Performer.
*NOTE: The parties may negotiate to reduce the amount Owner retains from Gross Revenue based on business, scheduling and promotional needs.*

Page 1

IV. **PERFORMER'S OBLIGATIONS:**

A.	**Dance Fees.** Performer agrees to sell Personal Dances, and specifically agrees to ensure that patrons pay all Dance Fees by depositing the money directly into the Bill Acceptor Machines, Collection Boxes or by handing the money directly to a club employee. *Performer is prohibited from allowing patrons to pay Dance Fees directly to her.* This is a material term, breach of which subjects Performer to termination of contract and a claim of Conversion.

B.	**Market Services.** Performer shall use her skills, artistic talents and her best efforts to market and sell nude or semi nude as permitted by law.

C.	**Tips / Gratuities.** Performer shall own all tips handed directly to her by patrons. *Performer is NOT required share her tips with any club employee. Performer should report to Owner if any one demands a portion of her tips.*

D.	**Permits.** Performer agrees to maintain all licenses and permits required by laws governing her entertainment services and to know and comply with all related laws and regulations.

E.	**Appear on Stage and in Promotions.** Performer agrees to appear on stage on a rotational basis and to participate in promotions held on site during her Performance Date. If Performer chooses to perform in off-site promotions, the Parties will negotiate such performances separately.

F.	**Scheduling.** <u>Performer is free to perform if and when she chooses.</u> If Performer chooses to place herself on the schedule, it shall be based on available performance dates and set one week in advance. Premium Divisions are available for Scheduled Performance Dates. See paragraph III. **NOTE: PERFORMER MAY TAKE BREAK PERIODS AT HER OPTION EXCEPT DURING SCHEDULED STAGE SHOWS.**

G.	**Respect Property, Law and Safety.** Performer agrees not to damage Owner's property and to comply with safety and legal requirements, including laws on drugs, alcohol and soliciting or engaging in prostitution.

H.	**No Assignment.** This Contract is for Performer's personal skills and artistic talents. She may not assign her rights or obligations, but she may supply a qualified substitute (an experienced entertainer with a valid contract and permits) who will then be responsible for her own scheduling.

I.	**Non-Exclusive.** Performer's obligations under this contract are non-exclusive; PERFORMER IS FREE TO PERFORM AT OTHER BUSINESSES.

J.	**Control of Performances, Costumes & Music.** Performer has the right to select available music for her stage shows, choose the patrons for whom she performs Personal Dances, and to choose her costumes, provided they are consistent with industry standards for professional entertainers. Performer also has exclusive control over the character, manner and means of her performances, so long as no law is violated, and the end product (nude or semi-nude entertainment and sale of Personal Dances) is accomplished.

K.	**Intellectual Property.** Performer shall retain all intellectual property rights to her performances, stage names and likeness unless assigned in writing.

L.	**Nature of Business.** Performer recognizes she may be subjected to nudity, sexually explicit language and depictions of explicit conduct. Performer represents that she does not find such sights or sounds offensive. **OWNER PROHIBITS SEXUAL HARASSMENT; PERFORMER SHOULD REPORT UNWELCOME CONDUCT TO CLUB MANAGEMENT.**

V.	**OWNER'S OBLIGATIONS:**

A.	**Premises/Licenses.** Owner shall maintain the premises and all applicable licenses and permits.

B.	**Advertising and Music Copyright Fees.** Owner shall pay any music copyright fees, and shall advertise and host promotions in a commercially reasonable manner for the mutual benefit of the parties. Performer may advertise her performance dates on her social media or publically at her own expense.

C.	**Dance Records.** Owner will keep an accurate record of Gross Revenue attributable to Performer.

D.	**Fees for Personal Dances.** Owner will announce the price for Personal Dances so patrons have notice of the Fees and that they are divided between both parties.

E.	**Time of Payment.** Performer will receive her Division of Gross Revenue at the end of each performance date and she will be provided a receipt.

F.	**Income Tax Records.** Owner will issue Performer a Form 1099 for monies paid to her under this contract. Performer acknowledges she is required by law to pay taxes on all income generated by her, and required to account separately for all tips given to her, as tips are not reported to Owner and not included in the Form 1099.

G.	**Privacy Rights.** Owner will not disclose Performer's personal information to any third party without written permission unless required by law. Owner will notify Performer on receipt of any request for information or documents concerning Performer unless prohibited by law.

VI.	**OTHER CONTRACT TERMS:**

A.	**No Employment Relationship.** **THE PARTIES DISAVOW AN EMPLOYEE-EMPLOYER RELATIONSHIP.**

1)	**PERFORMER ACKNOWLEDGES THAT SHE HAS BEEN PROVIDED WITH A WRITTEN STATEMENT CONCERNING HER RIGHTS IF SHE WERE AN EMPLOYEE AS OPPOSED TO A CONTRACTOR;**

2)	**PERFORMER REPRESENTS THAT SHE CONSIDERED AND REFUSED AN OPTION TO BE AN EMPLOYEE, AND THAT SHE WILL BE PAID UNDER CONTRACT IN LIEU OF WAGES;**



Page 2

3) PERFORMER ACKNOWLEDGES AND AGREES THAT AS A CONTRACTOR, OWNER WILL NOT REIMBURSE BUSINESS EXPENSES OR PROVIDE ANY EMPLOYEE-RELATED BENEFITS, SUCH AS WAGES, MEAL AND BREAK PERIODS, WORKERS COMPENSATION, UNEMPLOYMENT, PAID LEAVE, DISABILITY BENEFITS, OR ANY OTHER EMPLOYEE LIKE BENEFITS.

4) PERFORMER AGREES THAT IF THE PARTIES' RELATIONSHIP IS LATER DEEMED TO BE, OR IF SHE REPUDIATES HER CONTRACT AND ASSERTS THAT SHE IS OR SHOULD BE, AN EMPLOYEE, THEN OWNER SHALL IMMEDIATELY CONVERT PERFORMER TO AN EMPLOYEE, AND RETAIN 100% OF GROSS REVENUES FROM DANCE SALES AND PAY PERFORMER THE LEGAL WAGE AND OTHER BENEFITS REQUIRED BY LAW.

B. Unjust Enrichment. Performer acknowledges that if she is later deemed to be an employee entitled to wage and hour benefits during any period under this Contract, it would be unjust for her to retain *both* the monies she collected under this contract *and* be paid wage benefits for the same period. Performer therefore agrees that all payments which she received under the terms of this Contract shall be offset or credited against any wage and hour claim.

C. Inactive or Voluntary Termination by Notice. This contract shall be terminated as "inactive" if Performer has not appeared to perform on at least 1 performance date during each 30 day period the contract is in force. Either party may voluntarily terminate this Contract on 30 days written notice.

D. Severability. Any unenforceable portion of this Contract, to the extent possible, shall be severable from this Contract and not affect the enforceability of the remainder.

E. BINDING ARBITRATION. ALL DISPUTES BETWEEN THE PARTIES, WHETHER STATUTORY, CONTRACTUAL OR TORT, SHALL BE DECIDED BY BINDING ARBITRATION HELD PURSUANT TO THE FEDERAL ARBITRATION ACT, AND SHALL BE BEFORE A NEUTRAL ARBITRATOR AGREED UPON BY THE PARTIES. THE PARTIES WAIVE ANY RIGHT TO LITIGATE SUCH DISPUTES IN A COURT OF LAW, AND WAIVE THE RIGHT TO TRIAL BY JURY. EITHER PARTY MAY DEMAND AN EXPERT IN THE ADULT INDUSTRY. SUBJECT ONLY TO THE PROVISIONS IN THIS PARAGRAPH AND IN PARAGRAPH VI (E) THE ARBITRATOR SHALL BE PERMITTED TO AWARD ANY RELIEF AVAILABLE IN A COURT. THE COSTS OF ARBITRATION SHALL BE ASSIGNED AS REQUIRED BY LAW. THE ARBITRATOR SHALL HAVE EXCLUSIVE AUTHORITY TO RESOLVE ANY DISPUTES OVER THE ENFORCEABILITY OF THIS CONTRACT. ANY AWARD MAY BE ENTERED AS A JUDGMENT IN ANY COURT HAVING JURISDICTION. AN ARBITRATOR MAY NOT CONSOLIDATE ANY OTHER PERSON'S CLAIMS, AND MAY NOT PRESIDE OVER ANY FORM OF REPRESENTATIVE, CLASS, CONSOLIDATED OR COLLECTIVE PROCEEDING. NOTE: SOME AGENCY CLAIMS MAY NOT BE SUBJECT TO ARBITRATION.

E. WAIVER OF CLASS AND COLLECTIVE PROCEEDINGS. BOTH PARITES AGREE THAT ANY CLAIM MADE AGAGINST THE OTHER SHALL BE IN AN INDIVIDUAL CAPACITY, NOT A CLASS, COLLECTIVE, REPRESENTATIVE or CONSOLIDATED ACTION.

F. LEGAL AGE: THIS CONTRACT IS VOID IF PERFORMER IS NOT AT LEAST AGE 18. PERFORMER HAS PROVIDED VALID IDENTIFICATION VERIFYING HER AGE.

OWNER:

Deja Vu Showgirls-Sacramento LLC,
11252 Trade Center Dr,
Rancho Cordova Ca. 95742

Manager / Assistant Manger

_Brandon Herchelroath_
Printed Name

_[signature]_
Signature
Est.123015    8/13/16

I AGREE TO THESE TERMS

_Elaine Gomez_
Printed Legal Name

_[signature]_    08/16
Signature    Date

Stage Name _Jasmin Diana_
Address
City
Social Se
License / Permit Number

## NOTICE TO ENTERTAINERS
## OFFER OF EMPLOYEE STATUS
## STATEMENT OF IMPACT OF CHOICE OF CONTRACTOR STATUS

Entertainers have historically performed at this club as independent contractors who control if, when, where, how and for whom they perform. However, *if you wish to become an "EMPLOYEE-ENTERTAINER" of this club, you may apply to do so.* The employee-entertainer arrangement is very different than a club-contractor arrangement. Please review this guideline which contains information concerning dancers as employees instead of independent contractors:

Statement of Impact of choice between employee and contractor status. Read this to understand your rights about being an employee or contractor. First, the club has important controls over *employees* which it does not have over *independent contractors*, including regarding scheduling, customers, costumes, music, dance sales, stage performances, and job assignments, among other things. On the other hand, an *employee* is entitled to important federal and state benefits and regulations to which a *contractor* is not entitled. This includes, among other things, workers' compensation, unemployment insurance, state leave and disability protections, minimum wage and overtime protections, meal and break periods, and more. Also, as an employee, the Club would take tax deductions from your payroll check and would be obligated to pay payroll taxes, including for social security, on your behalf. The Club would not be obligated to do this if you chose to be a *contractor*. To review employee rights, or to seek advice, visit the government web sites for the State of California (www.DLSE.gov) and for the federal government (www.DOL.gov).

With that background in mind, you should review the guideline below which will describe the basics of the arrangement if you chose to become an "employee.-entertainer":

(1) The job classification of employee-entertainer is to sell and perform private dance services;
(2) You may, as needed, be required to fill in for other job positions including waitress, bartender, door person or other positions in the club;
(3) As an employee-dancer, you will be provided an employee hire package;
(4) As an employee, you will be placed on the Club's payroll and any current dancer contract will be terminated;
(5) You will receive all employee benefits required by law;
(6) You will be paid the applicable minimum wage for every hour you work at the club, and a premium as required by law for any overtime hours;
(7) Federal and state tax withholdings will be made from all wages, tips and any bonuses you are paid;
(8) The Club will collect and own 100% of all dance fees from patrons and pay you as provided in paragraph (5-6) above;
(9) You will be expected to sell $200.00 per shift in dance sales (quota) and a failure to do so could result in termination;
(10) You will be paid by check on a bi-weekly basis, with all required tax withholdings;
(11) You will be required to report to the club all tips you receive, as required by federal tip reporting rules;
(12) You will be required to perform in promotions, on stage, and fill in for other dancers or employees ;
(13) The Club will assign your schedule of days and hours of work;
(14) You will be required to arrive at work consistent with your scheduled time and to clock in and out, including for all meals;
(15) The club will issue you one logo costume per month, at its own expense, which will be your required uniform;
(16) You will be an "at will" employee, which means like all other club employees, you can be terminated with or without cause;
(17) Nude and semi-nude entertainment is performed at this club; you must affirm a willingness to perform nude or semi-nude entertainment, you must affirm that you are not offended by being or viewing others who are nude or semi-nude; that you fully understand that you will be performing nude or semi-nude and that you fully understand that you may be exposed to sexual comment.

THIS GUIDELINE DESCRIBING THE EMPLOYEE ENTERTAINER ARRANGEMENT IS NOT AN EMPLOYMENT CONTRACT. IT IS A MERE GUIDELINE AND IS SUBJECT TO CHANGE. MANAGEMENT RESERVES ALL ITS RIGHTS TO DIRECT AND CONTROL EMPLOYEES AS PERMITTED BY LAW.

PLEASE NOTIFY THE MANAGER IMMEDIATELY IF YOU WOULD LIKE TO APPLY TO BECOME AN "EMPLOYEE ENTERTAINER". IF YOU DO NOT WISH TO BECOME AN "EMPLOYEE" YOU MAY CHOOSE TO PERFORM AT THE CLUB PURSUANT TO CONTRACT.

IMPORTANT NOTE: THE CLUB'S MANAGERS HAVE NO OPINION ON THIS MATTER, AND THEY WILL NOT ENCOURAGE OR DISCOURAGE YOUR DECISION. IT IS YOUR FREE CHOICE. YOU MAY WISH TO CONSULT YOUR ATTORNEY OR ACCOUNTANT PRIOR TO MAKING YOUR DECISION. YOU MAY ALSO SEEK ADVICE FROM THE STATE OF CALIFORNIA (SEE WEB SITES LISTED ABOVE).

STATE BELOW WHETHER YOU WISH TO BE AN EMPLOYEE OR CONTRACT ENTERTAINER – CHOOSE ONE OR THE OTHER.

I have read this Notice and understand that I may apply to perform as an employee. Please provide me with the employee Application Forms.

I have read this Notice and DECLINE employee status.

**I CHOOSE EMPLOYEE STATUS:**

_____
Entertainer's Signature

DATE: _____

**I CHOOSE CONTRACT STATUS:**

_Elaine Jones_
Entertainer's Signature

DATE: __08/13/16__

MANAGER SIGNATURE _____ MANAGER NAME PRINTED _Brandon Hubek_ CORPORATE NAME _Deja Vu Showgirls LLC_

112016.est