DOUGLAS J. MELTON, Bar No. 161353
SHANE M. CAHILL, Bar No. 227972
JONATHAN RIZZARDI, Bar No. 244784
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone:     (415) 397-2222
Facsimile:      (415) 397-6392
Email:            dmelton@longlevit.com
                      scahill@longlevit.com

Attorneys for Defendants
DÉJÀ VU – SAN FRANCISCO, LLC; DÉJÀ VU SERVICES, INC.; DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, LLC; AND, DÉJÀ VU SHOWGIRLS – SACRAMENTO, LLC

Specially Appearing for Defendants
DÉJÀ VU – HIGHLAND PARK, LLC; PINE TREE ASSETS, INC.; AND, DÉJÀ VU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE P. GOMEZ-ORTEGA,<br><br>            Plaintiff,<br><br>v.<br><br>DÉJÀ VU – SAN FRANCISCO, LLC, a Nevada limited liability company DÉJÀ VU, INC., a Nevada corporation; DÉJÀ VU SERVICES, INC., a Michigan corporation; PINE TREE ASSETS, INC., a Michigan corporation, DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, LLC, a Nevada limited liability company, DÉJÀ VU SHOWGIRLS – SACRAMENTO, LLC, a Nevada limited liability company; DÉJÀ VU – HIGHLAND PARK, LLC, a Nevada limited liability company, and DOES 1 through 50, inclusive.<br><br>            Defendants. | Case No. 3:17-cv-06971-LB<br><br>*Related to:*<br>Case No. 3:14-cv-03616-LB<br><br>**DECLARATION OF AMANDA MYETTE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS/STAY ACTION AS TO DEFENDANTS DÉJÀ VU SERVICES, INC.; DÉJÀ VU—SAN FRANCISCO, LLC; DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, LLC; AND DÉJÀ VU SHOWGIRLS—SACRAMENTO, LLC**<br><br>Date:          March 8, 2018<br>Time:         9:30 a.m.<br>Courtroom: Courtroom C, 15th Floor<br>Judge:        The Hon. Laurel Beeler |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-296\854322.1

CASE NO.:  3:17-CV-06971-LB
DECLARATION OF AMANDA MYETTE

I, Amanda Myette, declare:

1. I am a Senior Project Manager for Rust Consulting, Inc. ("Rust"). My business address is 625 Marquette Avenue, Suite 900, Minneapolis, Minnesota 55402-2469. My telephone number is (612) 359-2022. I am over twenty-one years of age and am authorized to make this declaration on behalf of Rust and myself.

2. Rust has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues. We have provided notification and/or claims administration services in more than 6,000 cases. Of these, more than 2,300 were Labor & Employment cases.

3. Rust was engaged by Counsel for the Plaintiffs and Counsel for the Defendants (collectively the "Parties") to provide notification services in the *Jane Roes 1-2 v. SFBSC Management, LLC* Settlement ("Settlement"). Duties included: a) preparing, printing and mailing 14 of the Class Action/Collective Action Settlement Notice ("Notice") and FLSA Claim Form ("Claim Form") (collectively known as the "Class Notice"); b) receiving and reviewing Claim Forms submitted by Class Members; c) tracking of written requests for exclusion and statements of objection; d) drafting and mailing Settlement checks to Cash Payment Claimants; and e) for such other tasks as the Parties mutually agree or the Court orders Rust to perform.

4. Rust obtained a mailing address of Roe v SFBSC Management LLC Class Action, c/o Rust Consulting, Inc. - 5670, PO Box 2396, Faribault, Minnesota 55021-9096 to receive Claim Forms, written requests for exclusion, statements of objection, undeliverable Class Notices and other communications regarding the Settlement.[1]

5. On or about April 20, 2017, Rust received text for the Notice and Claim Form from Counsel. A draft of the formatted Class Notice was prepared by Rust and approved by the Parties.

---

[1] Rust also obtained a toll-free telephone number for Class Members to call with questions regarding the Settlement and created a website to provide Class Members information about the Settlement.

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-296\854322.1

1

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF AMANDA MYETTE

6. On or about April 28, 2017, Counsel for the Defendants provided Rust with a mailing list containing the Class Member's names and last known mailing addresses (the "Class List"). The Class List contained data for 4,681 potential Class Members.

7. The mailing addresses contained in the Class List were processed and updated utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service. The NCOA contains requested changes of address filed with the U.S. Postal Service. In the event that any individual had filed a U.S. Postal Service change of address request, the address listed with the NCOA would be utilized in connection with the mailing of the Class Notice.

8. On May 4, 2017, Class Notices were mailed to 4,681 Class Members contained in the Class List via First Class mail. The Class Notice advised Class Members that they could submit a Claim Form, written request for exclusion or statement of objection postmarked by July 16, 2017.

9. As the Senior Project Manager appointed to administer the Settlement, I oversaw and managed the dissemination of the Class Notice to class members. As part of this process, I received a list from Defendants' counsel of all class members. I have reviewed the class list and Elaine P. Gomez-Ortega was identified as a class member along with her last known address. As a settlement class member, Gomez-Ortega was mailed a Class Notice and Claim Form. Based on Rust's database, the Class Notice sent to Gomez-Ortega was delivered to her last known address.

10. Rust did not receive a Claim Form or an exclusion request from a Class Member by the name of Elaine P. Gomez Ortega.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was signed at Minneapolis, Minnesota on January 22, 2018.

AMANDA MYETTE

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-296\854322.1

2

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF AMANDA MYETTE