DOUGLAS J. MELTON, Bar No. 161353
SHANE M. CAHILL, Bar No. 227972
JONATHAN RIZZARDI, Bar No. 244784
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone:    (415) 397-2222
Facsimile:    (415) 397-6392
Email:        dmelton@longlevit.com
              scahill@longlevit.com

Attorneys for Defendants
DÉJÀ VU – SAN FRANCISCO, LLC, DÉJÀ VU
SERVICE, INC.; DÉJÀ VU SHOWGIRLS OF SAN
FRANCISCO, LLC; AND DÉJÀ VU SHOWGIRLS
– SACRAMENTO, LLC

Specially appearing for
PINE TREE ASSETS, INC.; DÉJÀ VU –
HIGHLAND PARK, LLC; AND DÉJÀ VU, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE P. GOMEZ-ORTEGA,<br><br>Plaintiff,<br><br>v.<br><br>DÉJÀ VU – SAN FRANCISCO, LLC, a Nevada limited liability company DÉJÀ VU, INC., a Nevada corporation; DÉJÀ VU SERVICES, INC., a Michigan corporation; PINE TREE ASSETS, INC., a Michigan corporation, DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, LLC, a Nevada limited liability company, DÉJÀ VU SHOWGIRLS – SACRAMENTO, LLC, a Nevada limited liability company; DÉJÀ VU – HIGHLAND PARK, LLC, a Nevada limited liability company, and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No. 3:17-cv-06971-LB<br><br>*Related to:*<br>Case No. 3:14-cv-03616-LB<br><br>**DECLARATION OF MICHAEL FRANKLIN IN SUPPORT OF MOTION TO DISMISS/STAY ACTION AS TO DEFENDANTS DÉJÀ VU SERVICES, INC.; DÉJÀ VU—SAN FRANCISCO, LLC; DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, LLC; AND DÉJÀ VU SHOWGIRLS—SACRAMENTO, LLC**<br><br>Date:      March 8, 2018<br>Time:      9:30 a.m.<br>Courtroom: Courtroom C, 15th Floor<br>Judge:     The Hon. Laurel Beeler |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-296\854331.1

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF FRANKLIN

I, Michael Franklin, declare:

1. I am the Assistant Manager of the San Francisco nightclub "Little Darlings," which is owned by Déjà Vu Showgirls of San Francisco, LLC. I make this declaration upon my personal knowledge and upon information and belief based on the regularly maintained business records of Little Darlings. If called to testify as a witness, I could and would competently testify thereto.

2. As the Assistant Manager of Little Darlings, I am familiar with the club's process of entering into Performer Contracts with Independent Contractor Professional Entertainers who seek to use Little Darling's premises and facilities to market and sell exotic dance services. I am also familiar with Little Darling's business-record-keeping practices, including its practices for filing Performer Contracts.

3. An Entertainer who chooses to perform as an independent contractor at Little Darlings is presented with a "CLUB/PERFORMER CONTRACT" ("Performer Contract"). An entertainer must sign a Performer Contract in order to perform at Little Darlings as an independent contractor.

4. Once executed, Performer Contracts are filed and maintained in Little Darlings' filing system under their stage name. The process outlined above has been Little Darlings' course of regularly conducted business activity for contracting with performers and receiving, reviewing, and filing entertainer paperwork and Performer Contracts for the last several years.

///
///
///
///
///
///
///
///

LONG & LEVIT LLP
465 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104

DOCS\S0301-296\854331.1

1

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF FRANKLIN

5. After learning of this lawsuit, Little Darlings' personnel conducted a search of its business records and files for any documents relating to Elaine Gomez-Ortega. On information and belief, we found no records whatsoever relating to Elaine Gomez-Ortega. On information and belief, Little Darlings has no record of ever having contracted with Elaine Gomez-Ortega or of ever having employed Elaine Gomez-Ortega.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was signed at San Francisco, California, on January 22, 2018.

*/s/ Michael Franklin*
MICHAEL FRANKLIN

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-296\854331.1

2

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF FRANKLIN