DOUGLAS J. MELTON, Bar No. 161353
SHANE M. CAHILL, Bar No. 227972
JONATHAN RIZZARDI, Bar No. 244784
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone:  (415) 397-2222
Facsimile:  (415) 397-6392
Email:    dmelton@longlevit.com
          scahill@longlevit.com
          jrizzardi@longlevit.com

Attorneys for Defendants
DÉJÀ VU – SAN FRANCISCO, LLC; DÉJÀ VU SERVICES, INC.; DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, LLC; AND, DÉJÀ VU SHOWGIRLS – SACRAMENTO, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE P. GOMEZ-ORTEGA,<br><br>    Plaintiff,<br><br>v.<br><br>DÉJÀ VU – SAN FRANCISCO, LLC, a Nevada limited liability company; DÉJÀ VU SERVICES, INC., a Michigan corporation; DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, LLC, a Nevada limited liability company, DÉJÀ VU SHOWGIRLS – SACRAMENTO, LLC, a Nevada limited liability company; and DOES 1 through 50, inclusive.<br><br>    Defendants. | Case No. 3:17-cv-06971-LB<br><br>*Related to:*<br>Case No. 3:14-cv-03616-LB<br><br>**DECLARATION OF SHERRY COOPER IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND FOR STAY OF PROCEEDINGS OF DEFENDANTS DÉJÀ VU—SAN FRANCISCO, LLC AND DÉJÀ VU SHOWGIRLS—SACRAMENTO, LLC**<br><br>Date:   May 10, 2018<br>Time:   9:30 a.m.<br>Courtroom: Courtroom C, 15th Floor<br>Judge:  The Hon. Laurel Beeler |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF SHERRY COOPER

I, Sherry Cooper, declare:

1. I am the General Manager of Déjà Vu-San Francisco, LLC ("Centerfolds"), located at 391 Broadway Street in San Francisco. I make this declaration upon my personal knowledge and upon information and belief based on the regularly maintained business records of Centerfolds. If called to testify as a witness, I could and would competently testify thereto.

2. I have been the General Manager at Centerfolds for approximately two and a half years. As the General Manager of the Centerfolds, I am familiar with Centerfolds' process of entering into Performer Contracts with Independent Professional Entertainers ("Entertainers") who seek to utilize Centerfolds' premises and facilities for the marketing and sale of exotic dance services. I am also familiar with the Centerfolds' business-record-keeping practices, including Performer Contracts and related records pertaining to Entertainers who perform at the Centerfolds.

3. Entertainers who want to perform at Centerfolds are, in the club's normal course of business, given the option of either employee or independent contractor status. The general differences between the two classifications are outlined in a document entitled:
**NOTICE TO ENTERTAINERS**
**OFFER OF EMPLOYEE STATUS**
**STATEMENT OF IMPACT CHOICE OF CONTRACTOR STATUS**
This "Offer of Employee Status" generally describes the differences between performing as an independent contractor or as an employee. It explains that Centerfolds has important controls over Entertainers who choose to work as employees that Centerfolds does not have over Entertainers who choose to perform as independent contractors, including regarding scheduling, customers, costumes, music, dance sales, stage performances, and job assignments. The Entertainer is asked to indicate on the Offer of Employee Status whether she wishes to perform as an employee or as an independent contractor. The document is presented to the Entertainer by a manager at the club at the time the Entertainer initially seeks to perform at the club.

4. An Entertainer who chooses to perform as an independent contractor, by so indicating on and signing the Offer of Employee Status, is presented with a "CLUB/PERFORMER CONTRACT" (the "Performer Contract"). The Performer Contract is

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS:859857.1

1

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF SHERRY COOPER

also presented to the Entertainer by a club manager at the time the Entertainer initially seeks to perform at the club.

5. The Performer Contract sets forth the terms and conditions of the Entertainer's independent contractor relationship with Centerfolds.

6. Since I have been a manager at Centerfolds, it has been Centerfolds' practice to have either a manager or other management liaison (sometimes referred to as a "house mom") review all paperwork with performers, including the Offer of Employee Status form and Performer Contract. Usually, prospective entertainers who are given their first set of entertainer documents (including the Performer Contract and Offer of Employee Status) are wearing their street clothes. Entertainers do sometimes review Offers of Employee Status and Performer Contracts after they have changed into their performance costumes or outfits, but that is their choice. It has never been Centerfolds' policy or practice, however, to strategically present the paperwork to performers while they are nude or semi-nude. In fact, entertainers often interact with Centerfolds' management and employees while in their costumes and, in my experience, are comfortable doing so while at the club. It has also never been Centerfolds' policy or practice to present Offers of Employee Status or Performer Contracts to entertainers while they are obviously intoxicated or under the influence of any substance. Entertainers are free to take as much time as they like to review the paperwork and ask any questions they may have; they are not rushed and may take the Offer of Employee Status and Performer Contract home to review the documents themselves or with an attorney or advisor. Signing any and all paperwork at Centerfolds is completely voluntary.

7. In the normal course of business, a manager reviews the paperwork entertainers submit to perform at Centerfolds, including, Offers of Employee Status and Performer Contracts. Once executed, the Offer of Employee Status and Performer Contract are then filed and maintained in Centerfolds' filing system under the entertainer's name. The process outlined above has been Centerfolds' course of regularly conducted business activity for contracting with performers and receiving, reviewing, and filing entertainer paperwork and Performer Contracts as

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS:859857.1

2

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF SHERRY COOPER

long as I have been the Assistant and General Manager.

8. After I learned of this lawsuit, I reviewed Centerfolds' business records and files for Elaine Gomez-Ortega based on my familiarity with Centerfolds' record-keeping practices as summarized above. In my capacity as manager at Centerfolds, I have direct access to these files.

9. **Exhibit 1** attached hereto consists of true and correct copies of Gomez-Ortega's 2017 Offer of Employee Status and Performer Contract.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was signed at San Francisco, California, on January 21, 2018.

SHERRY COOPER

LONG & LEVIT LLP
465 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104

DOCS:859857.1

3

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF SHERRY COOPER

# Exhibit 1

## 2017-2018 CLUB/PERFORMER CONTRACT

Sign this Contract ONLY if you genuinely agree with its terms. Read and consider it, seek the advice of counsel or a person you trust to assist you. ALSO, BEFORE SIGNING, CONSIDER OWNER'S SEPARATE OFFER OF EMPLOYMENT.

OWNER, DÉJÀ VU-SAN FRANCISCO, LLC ("Owner") operates a business authorized under zoning and licensing laws to permit nude or semi-nude entertainment on its' premises, and PERFORMER ("Performer") is in the business of and holds required licenses or permits to market her adult oriented entertainment, and requires a venue which lawfully permits such entertainment, and

THE PARTIES desire to establish the terms of a mutually beneficial business relationship including the Division of Gross Revenue from such entertainment.

THEREFORE, the Parties agree as follows:

I. **TERM.** This Contract begins on signing and ends JANUARY 31, 2018 or when terminated as provided herein.

II. **DEFINITIONS:**

A. **"Bill Acceptor Machines or Collection Boxes."** The Machines are money acceptors located at each booth and the Collection Boxes are receptacles issued by Owner for the collection of Dance Fees from patrons to ensure that Dance Fees are segregated and distinguished from "tips."

B. **"Personal Dances"** are non-stage dances performed individually and sold to a patron for a set Dance Fee.

C. **"Dance Fees"** are the non-gratuitous set price for Personal Dances. These fees are MANDATORY CHARGES to the patrons as the price for a Personal Dance. They are NOT tips or gratuities.

D. **"Gross Revenue"** is the total Dance Fees and other sales attributable to Performer. Gross Revenue does not include Tips or Gratuities.

E. **"Tips"/"Gratuities"** are the amounts over and above the Dance Fee, voluntarily given by a patron and handed directly to Performer; they are the exclusive property of Performer.

F. **"Schedule"** is an open calendar which owner will publish every Sunday at opening for Performer's selection of desired Performance Dates.

G. **"Scheduled Performance Date"** is a date on which Performer has chosen to place herself on the schedule one week in advance.

H. **"Full Performance Date"** is a continuous period of time when Performer is present, available and ready to perform; which time period consists of at least SIX hours.

I. **"Good Standing"** means a Performer who is NOT in breach of her contract, and whose contract has been kept "active" in the system by performing at least one Full Performance Date in the current month.

III. **BREACH OF CONTRACT**

A. Breach of Contract by Performer:

- Violating the law including laws on drugs, alcohol, soliciting or engaging in prostitution;

- Allowing patrons to pay Dance Fees to you directly, i.e., by failing to require patrons to deposit Dance Fees directly into Bill Acceptor Machines or Collection Boxes or hand them directly to a club employee;

- Failing to use your best efforts to sell Personal Dances;

- Failing to appear on and complete a Performance Date you chose to schedule, and

- Engaging in fighting and/or bullying.

B. **Breach of Contract by Owner** includes failure to maintain appropriate licenses and permits, failure to advertise in a mutually beneficial manner, and failure to pay performer her contract Division of Gross Revenues.

C. **Breach Notice/Remedies.** In the event of a Material Breach, the non-breaching party may (a) impose paragraph IV(B)iii Reduced Division of Gross Receipts (if the breaching party is Performer), or demand Premium Division of Gross Receipts (if the breaching party is Owner) OR (b) terminate the Contract on 3 days written notice or in the case of drug, alcohol or other violations of law, on 24 hours' notice.

IV. **DIVISION OF GROSS REVENUE:**

A. **DAY TIME PERFORMANCES**

For a Performer who performs on any weekday (Mon-Sun), arrives and is ready to perform by 12:00 PM and completes a FULL Performance Date, Gross Revenue will be divided 80% to Performer, 20% to Owner. For later arrivals, and less than Full Performance Dates, and those NOT ON SCHEDULE, Gross Revenue will be divided 70% to Performer and 30% to Owner.

B. **NIGHT TIME PERFORMANCES**

(i)PREMIUM DIVISION: For a Performer who is ON SCHEDULE, arrives and is ready to perform by 6:00 PM and completes a FULL PERFORMANCE DATE, Gross Revenue will be divided 70% to Performer, 30% to Owner.

(ii)STANDARD DIVISION: For a Performer who is ON SCHEDULE, ready to perform after 6:00 PM, and completes a FULL PERFORMANCE DATE, Gross Revenue will be divided 60% to Performer, 40% to Owner.

(iii)REDUCED DIVISION: For a Performer who is NOT ON A SCHEDULE, and/or performs for less than a FULL PERFORMANCE DATE, Gross Revenue will be divided 50% to Performer, 50% to Owner.

*NOTE: The parties may negotiate to reduce the amount Owner retains from Gross Revenue based on business, scheduling and promotional needs.*

C. **VIP AREA OR TABLE USAGE.** Performer shall not be entitled to any portion of any charge imposed on a patron VIP area or table usage.

D. **Club Dollars.** Club Dollars may only be accepted for Dance Fees; they may not be used for, or accepted as, Tips/Gratuities. Performer is not required to accept Club Dollars, but any she does accept will be redeemed at 90% of face value.

Est.1.8.2017

Page 1

*[signature]*

V. **PERFORMER'S OBLIGATIONS:**

**A. Perform Nude.** The essence of this Contract is Performer's willingness, agreement and intent to Perform Nude to the extent allowed by applicable law.

**B. Dance Fees.** Performer agrees to sell Personal Dances, and specifically agrees to ensure that patrons pay all Dance Fees directly into the Bill Acceptor Machines, Collection Boxes or by handing the Fee directly to a club employee. *Performer is prohibited from allowing patrons to pay Dance Fees directly to her.* **This is a material term, breach of which subjects Performer to Termination of Contract and a claim of Conversion.**

**C. Market Services.** Performer shall use her skills, artistic talents and best efforts to market and sell nude or semi-nude Personal Dances as permitted by law.

**D. Tips / Gratuities.** Performer owns all tips handed directly to her by patrons. *She is NOT required to share her tips with any club employee, and should report to Owner if anyone demands a portion of her tips.*

**E. Permits.** Performer agrees to maintain all licenses and permits required by law and to know and comply with all related laws and regulations.

**F. Appear on Stage and in Promotions.** Performer agrees to perform on stage on a rotational basis and to participate in promotions held on site during her Performance Date. If Performer chooses to perform in off-site promotions, the Parties will negotiate such performances separately.

**G. Scheduling.** <u>Performer is free to perform if and when she chooses</u>. If Performer chooses a schedule, it shall be based on available performance dates chosen by her one week in advance. Premium Divisions are available for Scheduled Performance Dates. See Paragraph IV. **NOTE: PERFORMER MAY TAKE BREAKS AT HER OPTION EXCEPT DURING ROTATIONAL STAGE SHOWS.**

**H. Property, Law and Safety.** Performer agrees not to damage Owner's property and to comply with safety and legal requirements, including laws on drugs, alcohol and soliciting or engaging in prostitution.

**I. No Assignment.** This Contract is for Performer's personal skills and artistic talents. She may not assign her rights or obligations, but she may supply a qualified substitute (an experienced entertainer with a valid contract and permits) who will then be responsible for her own scheduling.

**J. Non-Exclusive.** Performer's obligations under this contract are non-exclusive: **PERFORMER IS FREE TO PERFORM AT OTHER BUSINESSES.**

**K. Control of Performances, Costumes & Music.** Performer has the right to select available music for her stage shows, choose the patrons for whom she performs Personal Dances, and to choose her costumes, provided they are consistent with industry standards for professional entertainers. *Performer also has exclusive control over the character, manner and means of her performances, so long as no law is violated, and the end product (nude or semi-nude entertainment and sale of Personal Dances) is accomplished.*

**L. Intellectual Property.** Performer shall retain all intellectual property rights to her performances, stage names and likeness unless assigned in writing.

**M. Nature of Business.** Performer recognizes she may be subjected to nudity, sexually explicit language and depictions of explicit conduct. Performer represents that she does not find such sights or sounds offensive. **OWNER PROHIBITS SEXUAL HARASSMENT; PERFORMER SHOULD REPORT UNWELCOME CONDUCT TO CLUB MANAGEMENT OR POSTED COMPLAINT NUMBERS.**

VI. **OWNER'S OBLIGATIONS:**

**A. Premises/Licenses.** Owner shall maintain the premises and applicable licenses and permits.

**B. Advertising and Music Copyright Fees.** Owner shall pay any music copyright fees, and shall advertise and host promotions in a commercially reasonable manner for the mutual benefit of the parties. Performer may advertise her performance dates on her social media or publically at her own expense.

**C. Dance Records.** Owner will keep an accurate record of Gross Revenue attributable to Performer.

**D. Dance Fees Posted.** Owner will announce the price of Personal Dances so patrons have notice of the Fees and that they are divided between both parties.

**E. Time of Payment.** Performer will receive her Division of Gross Revenue at the end of each performance date and she will be provided a receipt.

**F. Income Tax Records.** Owner will issue Performer a Form 1099 for monies paid to her under this contract. Performer acknowledges she is required by law to pay taxes on all income generated by her, and is required to account separately for all tips given her, as tips are not reported by Performer to Owner and therefore not included in the Form 1099.

**G. Privacy Rights.** Owner will not disclose Performer's personal information to any third party without written permission unless required by law. Owner will notify Performer on receipt of a request for information about Performer unless prohibited by law.

VII. **OTHER CONTRACT TERMS:**

**A. No Employment Relationship. THE PARTIES DISAVOW AN EMPLOYEE-EMPLOYER RELATIONSHIP.**

1. PERFORMER ACKNOWLEDGES THAT SHE HAS BEEN PROVIDED WITH A WRITTEN STATEMENT CONCERNING HER RIGHTS IF SHE WERE AN EMPLOYEE AS OPPOSED TO A CONTRACTOR;

2. PERFORMER REPRESENTS THAT SHE CONSIDERED AND REFUSED AN OPTION TO BE AN EMPLOYEE, AND THAT SHE WILL BE PAID UNDER CONTRACT IN LIEU OF WAGES;

3. PERFORMER AGREES THAT AS A CONTRACTOR, OWNER WILL NOT REIMBURSE BUSINESS EXPENSES OR PROVIDE EMPLOYEE-RELATED BENEFITS SUCH AS WAGES, MEAL AND BREAK PERIODS, WORKERS COMP, UNEMPLOYMENT, PAID LEAVE, DISABILITY BENEFITS, OR ANY OTHER EMPLOYEE RELATED BENEFITS.

4. PERFORMER AGREES THAT IF THE PARTIES' RELATIONSHIP IS LATER DEEMED TO BE, OR IF SHE REPUDIATES HER CONTRACT AND ASSERTS THAT SHE IS OR SHOULD BE, AN EMPLOYEE, THEN OWNER SHALL IMMEDIATELY CONVERT HER TO AN EMPLOYEE, AND RETAIN 100% OF GROSS REVENUES FROM DANCE SALES AND PAY HER THE LEGAL WAGE AND OTHER BENEFITS REQUIRED BY LAW.

**B. Unjust Enrichment.** Performer acknowledges that if she is later deemed to be an employee entitled to wage and hour benefits during any period under this Contract, it would be unjust for her to retain *both* the monies she collected under

this Contract *and* be paid wage benefits for the same period. Performer therefore agrees that all payments received under the terms of this Contract shall be offset or credited against any wage and hour claim.

**C. Inactive or Voluntary Termination by Notice.** The Contract automatically terminates as "inactive" if Performer has not performed at least once during each 30 day period the contract is in force. Also, either party may voluntarily terminate this Contract on 30 days written notice.

**D. Severability.** Any unenforceable portion of this Contract, to the extent possible, shall be severable from this Contract and not affect the enforceability of the remainder.

**VIII. Arbitration OPTION.**

Congress created Arbitration so that contracting parties could quickly and inexpensively resolve their disputes without the formality of a Court process. Owner, its officers, employees, agents and its related entities agree to resolve any disputes with you by Binding Arbitration. HOWEVER, YOU must AGREE to Arbitration. Read this section carefully and choose your preferred method of resolving any possible future disputes.

*1. IF YOU AGREE TO ARBITRATION,* ALL DISPUTES BETWEEN THE PARTIES AND THEIR AGENTS, WHETHER STATUTORY, CONTRACTUAL OR TORT, WILL BE DECIDED BY BINDING ARBITRATION HELD PURSUANT TO THE FEDERAL ARBITRATION ACT, AND SHALL BE BEFORE A NEUTRAL ARBITRATOR AGREED UPON BY THE PARTIES.

*2. IF YOU AGREE TO ARBITRATION,* THE PARTIES WAIVE ANY RIGHT TO LITIGATE SUCH DISPUTES IN A COURT OF LAW, AND WAIVE THE RIGHT TO TRIAL BY JURY.

*3. OTHER ARBITRATION TERMS. IF YOU AGREE TO ARBITRATION,* EITHER PARTY MAY DEMAND AN EXPERT IN THE ADULT INDUSTRY. THE ARBITRATOR SHALL BE PERMITTED TO AWARD ANY RELIEF AVAILABLE IN A COURT. THE COSTS OF ARBITRATION SHALL BE ASSIGNED AS REQUIRED BY LAW. THE ARBITRATOR SHALL HAVE EXCLUSIVE AUTHORITY TO RESOLVE ANY DISPUTES OVER THE ENFORCEABILITY OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISIONS. ANY ARBITRATION AWARD MAY BE ENTERED AS A JUDGMENT IN ANY COURT HAVING JURISDICTION.

4. AN ARBITRATOR MAY NOT CONSOLIDATE ANY OTHER PERSON'S CLAIMS, AND MAY NOT PRESIDE OVER ANY FORM OF REPRESENTATIVE, CLASS, CONSOLIDATED OR COLLECTIVE PROCEEDING.

5. CAUTION: SOME AGENCY CLAIMS MAY NOT BE SUBJECT TO ARBITRATION, INCLUDING FOR EXAMPLE, Federal Claims with the National Labor Relations Board, Department of Labor and Equal Employment Opportunity Claims, as well as many similar state agency claims.

YOUR CHOICE ON ARBITRATION DOES NOT AFFECT YOUR PERFORMANCE DATES, PAYMENTS, OR CONTROL OVER YOUR PERFORMANCES. WHETHER DISPUTES ARE TO BE RESOLVED BY BINDING ARBITRATION IS YOUR SOLE CHOICE TO MAKE.

CHOOSE ONE CAREFULLY! INITIAL ONE BOX!

_[initialed]_ I AGREE TO RESOLVE MY DISPUTES BY BINDING ARBITRATION.

\_\_\_\_ I REJECT HAVING MY DISPUTES RESOLVED BY BINDING ARBITRATION

6. WAIVER OF CLASS AND COLLECTIVE PROCEEDINGS. BOTH PARTIES AGREE THAT ANY CLAIM MADE AGAINST THE OTHER SHALL BE IN AN INDIVIDUAL CAPACITY. THIS MEANS YOU AGREE THAT CLAIMS WILL NOT BE MADE AS A CLASS, COLLECTIVE, REPRESENTATIVE OR CONSOLIDATED ACTION.

_[initialed]_ I AGREE TO BRING ANY CLAIMS IN AN INDIVIDUAL CAPACITY.

\_\_\_\_ I REJECT LIMITING MY CLAIMS TO INDIVIDUAL CLAIMS.

LEGAL AGE: THIS CONTRACT IS VOID IF PERFORMER IS NOT AT LEAST AGE 18. PERFORMER HAS PROVIDED VALID IDENTIFICATION VERIFYING HER AGE.

**OWNER:**

DÉJÀ VU-SAN FRANCISCO, LLC

391 Broadway
San Francisco, CA 94133

**MANAGER / ASSISTANT MANGER:**

S. Cooper
Printed Name

_[signature]_  2/7/17
Signature          Date

**PERFORMER:**

**I AGREE TO THESE TERMS**

Elaine Gomez Ortega
Printed Legal Name

_[signature]_  02/07/17
Signature          Date

Stage Name  Diana

Address  ████

City  ████

Social Se████

License / Permit Number _____

## NOTICE TO ENTERTAINERS
## OFFER OF EMPLOYEE STATUS
## STATEMENT OF IMPACT OF CHOICE OF CONTRACTOR STATUS

Entertainers have historically performed at this club as independent contractors who control if, when, where, how and for whom they perform. However, *if you wish to become an "EMPLOYEE-ENTERTAINER" of this club, you may apply to do so.* The employee-entertainer arrangement is very different than a club-contractor arrangement. Please review this guideline which contains information concerning dancers as employees instead of independent contractors:

Statement of Impact of choice between employee and contractor status. Read this to understand your rights about being an employee or contractor. First, the club has important controls over *employees* which it does not have over *independent contractors*, including regarding scheduling, customers, costumes, music, dance sales, stage performances, and job assignments, among other things. On the other hand, an *employee* is entitled to important federal and state benefits and regulations to which a *contractor* is not entitled. This includes, among other things, workers' compensation, unemployment insurance, state leave and disability protections, minimum wage and overtime protections, meal and break periods, and more. Also, as an employee, the Club would take tax deductions from your payroll check and would be obligated to pay payroll taxes, including for social security, on your behalf. The Club would not be obligated to do this if you chose to be a *contractor*. To review employee rights, or to seek advice, visit the government web sites for the State of California (www.DLSE.gov) and for the federal government (www.DOL.gov).

With that background in mind, review the guideline below which describes the basic arrangement if you chose to become an "employee.-entertainer":

(1) The job classification of employee-entertainer is to sell and perform private dance services;
(2) You may, as needed, be required to fill in for other job positions including waitress, bartender, door person or other positions in the club;
(3) As an employee-dancer, you will be provided an employee hire package;
(4) As an employee, you will be placed on the Club's payroll and any current dancer contract will be terminated;
(5) You will receive all employee benefits required by law;
(6) You will be paid the applicable minimum wage for every hour you work at the club, and a premium as required by law for any overtime hours;
(7) Federal and state tax withholdings will be made from all wages, tips and any bonuses you are paid;
(8) The Club will collect and own 100% of all dance fees from patrons and pay you as provided in paragraph (5-6) above;
(9) You will be expected to sell $200.00 per shift in dance sales (quota) and a failure to do so could result in termination;
(10) You will be paid by check on a bi-weekly basis, with all required tax withholdings;
(11) You will be required to report to the club all tips you receive, as required by federal tip reporting rules;
(12) You will be required to perform in promotions, on stage, and fill in for other dancers or employees ;
(13) The Club will assign your schedule of days and hours of work;
(14) You will be required to arrive at work consistent with your scheduled time and to clock in and out, including for all meals;
(15) The club will issue you one logo costume per month, at its own expense, which will be your required uniform;
(16) You will be an "at will" employee, which means like all other club employees, you can be terminated with or without cause;
(17) Nude and semi-nude entertainment is performed at this club; you must affirm a willingness to perform nude or semi-nude entertainment, you must affirm that you are not offended by being or viewing others who are nude or semi-nude; that you fully understand that you will be performing nude or semi-nude and that you fully understand that you may be exposed to sexual comment.

THIS GUIDELINE DESCRIBING THE EMPLOYEE ENTERTAINER ARRANGEMENT IS NOT AN EMPLOYMENT CONTRACT. IT IS A MERE GUIDELINE AND IS SUBJECT TO CHANGE. MANAGEMENT RESERVES ALL ITS RIGHTS TO DIRECT AND CONTROL EMPLOYEES AS PERMITTED BY LAW.

PLEASE NOTIFY THE MANAGER IMMEDIATELY IF YOU WOULD LIKE TO APPLY TO BECOME AN "EMPLOYEE ENTERTAINER". IF YOU DO NOT WISH TO BECOME AN "EMPLOYEE" YOU MAY CHOOSE TO PERFORM AT THE CLUB PURSUANT TO CONTRACT.

IMPORTANT NOTE: THE CLUB'S MANAGERS HAVE NO OPINION ON THIS MATTER, AND THEY WILL NOT ENCOURAGE OR DISCOURAGE YOUR DECISION. IT IS YOUR FREE CHOICE. YOU MAY WISH TO CONSULT YOUR ATTORNEY OR ACCOUNTANT PRIOR TO MAKING YOUR DECISION. YOU MAY ALSO SEEK ADVICE FROM THE STATE OF CALIFORNIA (SEE WEB SITES LISTED ABOVE).

STATE BELOW WHETHER YOU WISH TO BE AN EMPLOYEE OR CONTRACT ENTERTAINER – CHOOSE ONE OR THE OTHER.

I have read this Notice and understand that I may apply to perform as an employee. Please provide me with the employee Application Forms.

I have read this Notice and DECLINE employee status.

I CHOOSE EMPLOYEE STATUS:

I CHOOSE CONTRACT STATUS: _[signature]_

_____
Entertainer's Signature

Entertainer's Signature

DATE: _____

DATE: 02/06/2017

MANAGER SIGNATURE _[signature]_ MANAGER NAME PRINTED _SCopy_ CORPORATE NAME  Deja Vu San Francisco LLC
391 Broadway, SF, CA, 94133

1.19.2017