| | |
|---|---|
| 1 | DOUGLAS J. MELTON, Bar No. 161353 |
| | SHANE M. CAHILL, Bar No. 227972 |
| 2 | JONATHAN RIZZARDI, Bar No. 244784 |
| | LONG & LEVIT LLP |
| 3 | 465 California Street, 5th Floor |
| | San Francisco, California 94104 |
| 4 | Telephone:   (415) 397-2222 |
| | Facsimile:    (415) 397-6392 |
| 5 | Email:          dmelton@longlevit.com |
| | scahill@longlevit.com |
| 6 | jrizzardi@longlevit.com |

Attorneys for Defendants
DÉJÀ VU – SAN FRANCISCO, LLC; DÉJÀ VU SERVICES, INC.; DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, LLC; AND, DÉJÀ VU SHOWGIRLS – SACRAMENTO, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE P. GOMEZ-ORTEGA, | Case No. 3:17-cv-06971-LB |
| Plaintiff, | *Related to:* |
| | Case No. 3:14-cv-03616-LB |
| v. | **DECLARATION OF MICHELLE KOPPERKUD IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS/STAY ACTION AS TO DEFENDANTS DÉJÀ VU SERVICES, INC.; DÉJÀ VU—SAN FRANCISCO, LLC; DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, LLC; AND DÉJÀ VU SHOWGIRLS—SACRAMENTO, LLC** |
| DÉJÀ VU – SAN FRANCISCO, LLC, a Nevada limited liability company; DÉJÀ VU SERVICES, INC., a Michigan corporation; DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, LLC, a Nevada limited liability company, DÉJÀ VU SHOWGIRLS – SACRAMENTO, LLC, a Nevada limited liability company; and DOES 1 through 50, inclusive. | |
| Defendants. | Date:         May 10, 2018 |
| | Time:         9:30 a.m. |
| | Courtroom: Courtroom C, 15th Floor |
| | Judge:        The Hon. Laurel Beeler |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF MICHELLE KOPPERKUD

I, Michelle Kopperud, declare:

1. I am a Project Manager for Analytics Consulting, LLC (located in Chanhassen, Minnesota), which was appointed by the Court as the settlement administrator in Jane Doe 1-2 v. Déjà Vu Services, Inc. et al. (E.D. Mich. Case No. 2:16-cv-10877-SJM-PTM) (the "Michigan Case"). I have personal knowledge of all the facts stated in this declaration. I could and would competently testify to these facts if called upon to do so in court.

2. As the Project Manager appointed to administer the settlement in the Michigan Case, I oversaw and managed the dissemination of the Notice of Settlement to class members. As part of this process, I received a list from Defendants' counsel in the Michigan Case of all class members. I have reviewed the class list and Elaine P. Gomez-Ortega was identified as a class member along with her last known address. As a settlement class member, Gomez-Ortega was mailed a notice of settlement and settlement claim forms in connection with the Michigan Case. Based on Analytics Consulting's database, the original notice of settlement sent to Gomez-Ortega was delivered to her last known address.

3. In addition to mailing notices of the settlement to class members, Analytics Consulting developed a website with information regarding the settlement for class members, including information on how to file claims

4. As the Project Manager for administration of the settlement in the Michigan Case, I also oversaw and managed the processing of all class members' claims, opt-out notices, and objections. As part of this process, Analytics Consulting created recorded the names and created a database of all class members who submitted claims, opted out of the settlement, or sent objections during the settlement notice period. I have reviewed that database and Gomez-Ortega submitted a claim in the Michigan Case on July 17, 2017, electing to receive a one-time cash payment settlement benefit. Attached hereto as Exhibit 5 is a true and correct copy of Gomez-Ortega's claim, with her social security number and address redacted.

///

///

///

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-296\854323.1

1

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF MICHELLE KOPPERUD

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was executed on January 22, 2018 at Chanhassen, Minnesota.

*[signature]*
MICHELLE KOPPERUD

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-296\854323.1

2

CASE NO.: 3:17-CV-06971-LB
DECLARATION OF MICHELLE KOPPERUD

# EXHIBIT 5

Settlement Administrator
In re: Employment Litigation
P.O. Box 2006
Chanhassen, MN 55317-2006
844-322-8168

## CASH ELECTION FORM

To receive the settlement benefit in *Doe v. Deja Vu Services, Inc.* as a one-time cash payment, you must file this Cash Election Form. You have two options for filing the Form:

1. **File Online**: File online at www.DejaVuNightclubSettlement.com; or
2. **File by Mail**: Fill out this form and mail it or email it to:

   Settlement Administrator
   In re: Employment Litigation
   P.O. Box 2006
   Chanhassen, MN 55317-2006

   claims@dejavunightclubsettlement.com

Eligible class members who do not file a Cash Election Form will instead receive a Rent Credits good towards the rent to which a club would otherwise be entitled under the terms of the Dancer Performance Lease, or Dance Fee Payments (depending on the operation of the Club). You must file this Cash Election Form by **June 22, 2017** to receive a one-time Cash Payment instead of Rent Credits or Dance Fee Payments.

If you file your Cash Election Form, you will receive the payment by way of a check.

Social Security #: ███-██-████
Stage Name(s): Diana
Your Legal Name: Elaine Gomez Ortega
Street Address: ███
City: ███   State: ███   Zip Code: ███
Phone: (209) 818-9421
Email Address: Elainegomezortega@gmail.com

Check the box below in order to receive a one-time cash payment. The Administrator will confirm your eligibility.

[✓] I want to receive the one-time Cash Payment instead of receiving Rent Credits or Dance Fee Payments. *(check box)*

Your Signature: *E Gomez Ortega*   Date Signed: 07-17-2017